IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00363-02 SOM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING DEFENDANT'S |
| | ) | MOTION FOR COMPASSIONATE |
| | ) | RELEASE |
| | ) | |
| vs. | ) | |
| | ) | |
| SCOTT STADNISKY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**ORDER GRANTING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE**

The court grants Scott Stadnisky's unopposed compassionate release motion for the reasons set forth in both the motion and the Government's response, including the lengthy period Stadnisky has served in custody, his individual and family circumstances, and his positive conduct while in custody. Stadnisky's custody period is reduced to time served, and the Bureau of Prisons is directed to release Stadnisky forthwith. Stadnisky must live with his wife at the residence in Brisbane, California, that has been preapproved by Probation Officer Alonza Leal. Stadnisky must contact Alonza Leal within 72 hours of his release and shall also contact District of Hawaii Chief Deputy Probation Officer Timothy Jenkins at 808-541-1283 no later than June 1, 2021.

It is so ordered.

DATED: Honolulu, Hawaii, May 28, 2021



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

*United States v. Stadnisky*, Cr. No. 04-00363-02 SOM; ORDER GRANTING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE